# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANTHONY JOHNSON,

      Plaintiff,      :      Case No. 3:12-cv-124

                        District Judge Thomas M. Rose
  -vs-                        Magistrate Judge Michael R. Merz

                            :

OHIO DEPARTMENT OF JOBS
  AND FAMILY SERVICES,

      Defendant.

---

## RECOMMITAL ORDER

---

      This case is before the Court on Petitioner's Objections (Doc. No. 4) to the Magistrate Judge's Report and Recommendations (Doc. No. 3).  The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge.  Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report and recommendations analyzing the Objections and making recommendations based on that analysis.

      **DONE AND ORDERED** this Ninth Day of May, 2012.

                                                s/Thomas M. Rose

                                                THOMAS M. ROSE
                                       UNITED STATES DISTRICT JUDGE