IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION AT DAYTON

ANTHONY JOHNSON,

        Plaintiff,    :    Case No. 3:12-cv-124

  - vs -    :    District Judge Thomas M. Rose

            Magistrate Judge Michael R. Merz

OHIO DEPARTMENT OF JOBS AND  :
FAMILY SERVICES,

            :

        Defendant.

---

ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Plaintiff's Application for Leave to Appeal *in forma pauperis* (Doc. #10) is denied.  Plaintiff is also DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that any appeal would not be taken in objective good faith.

July 17, 2012.                                   *s/THOMAS M. ROSE
                                                 _____
                                                         Thomas M. Rose
                                                    United States District Judge